**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **PETER J. LYNCH,** <br> **Plaintiff,** <br> **v.** <br> **MICHAEL D. HOLZKNECHT,** <br> **Defendant.** | **Case No. 3:25-cv-0019** |

**APPEARANCES**

PETER J. LYNCH, ESQ., *PRO SE*
FLAG LAW VI
ST. THOMAS, VI
*FOR PLAINTIFF*

PAUL L. GIMENEZ, ESQ.
GENERAL COUNSEL
JUDICIAL BRANCH OF THE VIRGIN ISLANDS
ST. THOMAS, VI
*FOR DEFENDANT*

**ORDER**

**THIS MATTER** comes before the Court on Defendant's Motion to Dismiss, filed on July 11, 2025. (ECF No. 8.) Plaintiff filed an opposition on August 1, 2025, and Defendant filed a reply thereto on August 13, 2025. *See* ECF Nos. 10 and 12. For the reasons stated in the accompanying Memorandum Opinion of even date, the Court will grant the motion and will dismiss this case without prejudice with leave to amend.

Accordingly, it is hereby

**ORDERED** that Defendant's Motion to Dismiss, ECF No. 8, is **GRANTED.** Counts I and II of the Complaint filed on May 8, 2025, are dismissed without prejudice; it is further

**ORDERED** that Plaintiff shall be allowed 30 days leave to amend the complaint to cure the pleading deficiencies identified in this Order. Failure to file an appropriate amended complaint within 30 days of the date of this Order will result in this matter being closed.

**Dated:** February 6, 2026            s/ *Robert A. Molloy*
                                       **ROBERT A. MOLLOY**
                                       **Chief Judge**